\#

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERMAINE ANTHONY BERRY,

       Plaintiff,                          Case No. 24-cv-12374

v.                                         HON. MARK A. GOLDSMITH

BILLIE L. BYRD, et al,

       Defendants.
_____/

## ORDER GRANTING MOTION TO DISMISS (Dkt. 4)

On October 15, 2024, Defendant City of Detroit filed a motion to dismiss (Dkt. 4) the claims against it under Federal Rule of Civil Procedure 12(b)(6).  The City argues that Plaintiff fails to state a claim for municipal liability under the standard set forth in Monell v. New York City Department of Social Services, 436 U.S. 658, 690–91 (1978).  See Motion at PageID.24.  Plaintiff did not respond to the motion.

The Court has reviewed the motion and finds it is well supported by the caselaw it cites.  Therefore, the motion to dismiss Plaintiff's claims against the City of Detroit is granted.  The claims against the City of Detroit are dismissed with prejudice.

Dated: April 18, 2025                      s/Mark A. Goldsmith
    Detroit, Michigan                  HON. MARK A. GOLDSMITH
                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on April 18, 2025.

                                    s/A. Chubb

                                     Case Manager